UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATHY ENWERE,

          Plaintiff,

    v.

KEVIN GRANT, et al.,

          Defendants.

Case No. 13-cv-05471-JCS

**REVISED ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**

Re: Dkt. No. 2

On November 26, 2013, Plaintiff Cathy Enwere ("Plaintiff") filed a complaint ("Complaint") against Kevin Grant and Danielson Indemnity Company ("Defendants"), and a motion to proceed in forma pauperis ("Motion"). The Court has reviewed the Motion and finds that Plaintiff is indigent. Accordingly, the Motion is GRANTED. *See* 28 U.S.C. § 1915(a) (permitting court to authorize party to proceed in federal action without prepayment of fees if party submits affidavit showing that she is unable to pay such fees).

Having granted Plaintiff's Motion, the Court will conduct a review of the complaint pursuant to 28 U.S.C. § 1915(e)(2). If, after completing its review, the Court determines that the complaint is not subject to dismissal pursuant to 28 U.S.C. § 1915(e)(2), it will order service of the complaint by the Marshal.

     **IT IS SO ORDERED**.

Dated: December 19, 2013

JOSEPH C. SPERO
United States Magistrate Judge